UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA BOND, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FLUKE CORPORATION and FLUKE MANUFACTURING CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. 22-1241<br><br>ORDER ON PLAINTIFF'S MOTION TO WAIVE A PORTION OF LCR 83.1 |

This matter comes before the Court on Plaintiff's unopposed Motion to Waive a Portion of Local Rule 83.1 (Dkt. No. 8). Plaintiff's Counsel, Nicholas D. Kovarik, asks the Court to waive Local Rule 83.1(d)(2), which requires an attorney to have a physical office within the geographic boundaries of the Western District of Washington in order to serve as local counsel. Kovarik wishes to appear as local counsel for Richard Burch and Michael Josephson, two attorneys barred in Texas. Kovarik is admitted to practice in the Western District of Washington, but is located in Spokane, Washington, and does not have a physical office within the

geographical boundaries of the Western District of Washington. If the Court were to make an exception for Plaintiff's Counsel, it would have to make a similar exception for any attorney located in Washington. This defeats the purpose of Local Rule 83.1. The Court is unwilling to make an exception for Kovarik and DENIES Plaintiff's Motion. Attorney's Burch and Josephson must find another attorney to act as local counsel.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 4, 2022.

Marsha J. Pechman
United States Senior District Judge