UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA BOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUKE CORPORATION and FLUKE MANUFACTURING CORPORATION,<br><br>Defendant. | CASE NO. 22-1241<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on the Parties' Stipulated Motion for Extension of Time (Dkt. No. 11). The Court having reviewed the Motion, the docket, and all supporting documents GRANTS the Parties' request. Defendants have until October 14, 2022 to answer or otherwise respond to the Complaint.

//

//

//

ORDER GRANTING PARTIES' STIPULATED MOTION FOR EXTENSION OF TIME - 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated October 4, 2022.

Marsha J. Pechman
United States Senior District Judge