1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA BOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUKE CORPORATION and FLUKE MANUFACTURING CORPORATION, | CASE NO. 22-1241<br><br>ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on the Parties Second Stipulated Motion for Extension of Time (Dkt. No. 17). The Parties request an extension of time for Defendants to answer, present defenses, or otherwise respond to Plaintiffs' Complaint. The Court GRANTS the Motion.

IT IS HEREBY ORDERED that Defendants shall file their responsive pleading no later than October 21, 2022.

//

//

ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated October 19, 2022.

Marsha J. Pechman
United States Senior District Judge