1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| PAMELA BOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUKE CORPORATION and FLUKE MANUFACTURING CORPORATION,<br><br>Defendant. | CASE NO. 22-cv-1241 MJP<br><br>ORDER REGARDING THE WITHDRAWAL AND SUBSTITUTION OF LOCAL COUNSEL |
|---|---|

This matter comes before the Court on the Parties Stipulated Request to Withdraw and Substitute Local Counsel (Dkt. No. 21). The Court, having reviewed the Motion and all relevant material, GRANTS the Motion.

Attorney Nicholas D. Kovarik of PISKEL YAHNE KOVARIK, PLLC, is withdrawn as local counsel, and Michael C. Subit of FRANK FREED SUBIT & THOMAS LLP will now be local counsel.

//

ORDER REGARDING THE WITHDRAWAL AND SUBSTITUTION OF LOCAL COUNSEL - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated October 26, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER REGARDING THE WITHDRAWAL AND SUBSTITUTION OF LOCAL COUNSEL - 2