UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA BOND, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>FLUKE CORPORATION and FLUKE MANUFACTURING CORPORATION,<br><br>　　　　　　　Defendants. | CASE NO. 22-cv-1241 MJP<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND SCHEDULING ORDER |

This matter comes before the Court on the parties' Stipulated Motion to Extend the Scheduling Order. (Dkt. No. 32.) The parties ask the Court to set aside the current trial date and case deadlines in order to "tailor a case schedule that meets their needs for flexibility." (Motion at 2.) Federal Rule of Civil Procedure 16(b)(4) states that "a schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). "[T]he focus of the inquiry is

upon the moving party's reasons for seeking modification" and "[i]f that party was not diligent, the inquiry should end." Id. (citation omitted). The Court held a hearing with the parties to discuss whether good cause existed to support their Motion. (Dkt. No. 33.) The parties failed to identify any good cause that might possibly sustain their request to set aside the trial date and interim deadlines. There is no record of diligence and no valid reason presented to support an extension. The Court DENIES the Motion without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 19, 2023.

Marsha J. Pechman
United States Senior District Judge