UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA BOND, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUKE CORPORATION and FLUKE MANUFACTURING CORPORATION,<br><br>Defendant. | CASE NO. 2:22-cv-1241 MJP<br><br>ORDER GRANTING THE PARTIES STIPULATED MOTION TO EXTEND CERTAIN DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion to Extend Certain Deadlines (Dkt. No. 36). Having reviewed the Motion, the docket, and all other relevant material, the Court GRANTS the Motion.

The parties' scheduling order is hereby modified as set forth below:

| Event | Original Date | New Date |
|---|---|---|
| JURY TRIAL DATE | November 13, 2023 | No change |

| | | | |
|---|---|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | May 17, 2023 | June 30, 2023 |
| Discovery completed by: | June 16, 2023 | July 31, 2023 |
| All dispositive motions, any motion to decertify the collective, and any motion to certify a class must be filed by and noted on the motion calendar on the fourth Friday thereafter<br><br>**Counsel is reminded of the requirement to provide courtesy copies of any motions, compliance with this requirement will facilitate timely consideration of your motion** | July 17, 2023 | August 14, 2023 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | October 10, 2023 | No change |
| Pretrial conference | November 2, 2023 at 1:30PM | No change |
| Agreed pretrial order due | October 3,1 2023 | No change |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | October 31, 2023 | No change |
| Length of Jury Trial | 3-5 days | No change |

ORDER GRANTING THE PARTIES STIPULATED MOTION TO EXTEND CERTAIN DEADLINES - 2

1      The clerk is ordered to provide copies of this order to all counsel.

2      Dated June 6, 2023.

                                                       Marsha J. Pechman
                                                       United States Senior District Judge