1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

PAMELA BOND, individually and on
behalf of all other similarly situated,

Plaintiff,

v.

FLUKE CORPORATION, and FLUKE
MANUFACTURING
CORPORATION,

Defendants.

CASE NO. 22-cv-1241 MJP

ORDER GRANTING MOTIONS TO
SEAL

17

18

19

20

21

22

23

24

This matter comes before the Court on Defendants' Stipulated Motion to Seal (Dkt. No. 44), and Plaintiff's Unopposed Motion to Seal Exhibits 7-10 (Dkt. No. 47). Having reviewed the Motions and reviewed the exhibits, the Court GRANTS the Motions.

IT IS HEREBY ORDERED Exhibit 2 to the Declaration of Scott Cornish (Dkt. No. 45) is to be filed under seal. And Exhibits 7-10 to Plaintiff's Motion for Summary Judgment (Dkt. No. 48) are also to be filed under seal.

//

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated August 23, 2023.

3

4                                    Marsha J. Pechman
                                     United States Senior District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTIONS TO SEAL - 2