## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA BOND,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FLUKE CORPORATION and FLUKE MANUFACTURING CORPORATION,<br><br>　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 22-cv-1241 MJP |

\_\_　　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X　　**Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT

Summary judgment is granted in favor of Defendants Fluke Corporation and Fluke Manufacturing Corporation as to all of Plaintiff's claims. The action is now dismissed with prejudice.

　　Dated October 23, 2023.

　　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian_____
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　 s/ Serge Bodnarchuk_____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk